# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO: 3:09-bk-10271-JAF

IN RE:

DANIA WEST

        Debtor

_____

## ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1307

**IT IS ORDERED** that:

1.    This case is dismissed.

2.    The automatic stay imposed by 11 U.S.C. § 362 and the stay of action against the codebtor imposed by 11 U.S.C. §1301 are lifted.

3.    The Trustee shall refund all funds on hand, if any, to the Debtor.

**DONE AND ORDERED** at Jacksonville, Florida, on May _____25_____, 2010.


_____
JERRY A. FUNK
**United States Bankruptcy Judge**


Copies to: All Interested Parties